UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY D. WILKINS,

Plaintiff,

v.

N. VONG, et al.,

Defendants.

Case No. 26-cv-02699-HSG

**ORDER OF DISMISSAL**

Plaintiff, an inmate currently housed at California State Prison – Los Angeles County, California, has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint. Dkt. No. 4. On June 12, 2026, Plaintiff informed the Court that he was unable to allege facts that would remedy the deficiencies identified in the Court's June 2, 2026 Order, and requested that the Court dismiss all claims against all defendants with prejudice. Pursuant to Fed. R. Civ. P. 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal prior to the opposing party serving an answer. No answer has been filed in this case, and the Court is unaware of Plaintiff having previously dismissed any federal or state court action based on or including the claims raised herein. The Court therefore GRANTS Plaintiff's request to voluntarily dismiss this case with prejudice. ECF No. 4.

Plaintiff is advised that he must still pay the full filing fee despite the voluntary dismissal of this action. *Porter v. Dep't of Treasury*, 564 F.3d 176, 179 (3d Cir. 2009) (3d Cir. 2009) (litigant's voluntary dismissal of appeal did not entitle him to refund of fees for docketing and filing appeal); *see also Green v. Bank of Am.*, No. 2:12-CV-02093-GEB, 2012 WL 5032414, at *1 (E.D. Cal. Oct. 17, 2012) (collecting cases holding that voluntary dismissal of action does not

United States District Court
Northern District of California

entitle litigant to refund of filing fees; although cases cited concerned dismissals of appeals, reasoning in these cases apply equally to district court filings). Under the Prison Litigation Reform Act, once a prisoner is granted leave to proceed *in forma pauperis*, the prisoner is obligated to pay the filing fees in full. 28 U.S.C. § 1915(b)(1); *Porter*, 564 F.3d at 180. "The filing fee is assessed for the privilege of initiating the matter, without regard to the subsequent disposition." *Bustillos v. Hernandez*, No. 123CV01365SABPC, 2023 WL 7626936, at *1 (E.D. Cal. Nov. 14, 2023). Funds for the filing fee will continue to be deduced from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1) until his filing fee obligation is satisfied.

For the foregoing reasons, the Court DISMISSES this case with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED.**

Dated: 7/27/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge